United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 11, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-61098
Summary Calendar

BLANCA VICTORIA MANRIQUE-SOLANO,

Petitioner,

versus

ALBERTO R. GONZALEZ, U.S. Attorney General,

Respondent.

--------------------
Petition for Review of a Decision of the
Board of Immigration Appeals
BIA No. A29 934 433
--------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges

PER CURIAM:[*]

The Appellant, Blanca Victoria Manrique-Solano, is a citizen
and native of Peru. She petitions this court to review the decision
of the Board of Immigration Appeals (BIA) ordering her deported to
Peru.

Manrique-Solano argues that the BIA hearing in absentia at
which she was ordered deported violates her due process because she
did not receive adequate notice.  Notice was sent to the
appellant's last known address six weeks after she had been

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

released on her own recognizance by the INS. The release was conditioned on an agreement to appear in court within two weeks and to provide a valid mailing address. The appellant claims that there is no evidence that the address of record was valid or that it was provided by her. Even assuming the address was invalid, the appellant was required under the release order to provide a valid address and a failure to do so eliminates any claims that notice was inadequate. <u>United States v. Estrada-Trochez</u>,66 F.3d 733, 736 (5th Cir. 1995). The appellant also contests the denial by the immigration judge of a motion to re-open on June 16, 2003. The immigration judge did not abuse its discretion in holding that the motion was barred as only one motion to reopen is permissible. INA §240(c)(6)(A).

The petition for review is DENIED.